UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **PATRICIA MCKINLEY,** | § | |
| Plaintiff, | § | |
| v. | § | No. 3:24-CV-00287-LS |
| **ROBERT URREA, MD. (aka URREA, ROBERT MD. BACK AND NECK INSTITUTE),** | § | |
| Defendant. | § | |

## FINAL JUDGMENT

Consistent with its Order entered today and Federal Rule of Civil Procedure 58, the Court enters this Final Judgment and dismisses this case without prejudice.

**SO ORDERED**.

**SIGNED** and **ENTERED** on November 17, 2024.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**